IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. BORDESSA,<br><br>Plaintiff,<br><br>v.<br><br>DJANGO BROOMFIELD,<br><br>Defendant. | Case No. 18-cv-02153-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS; REMANDING CASE TO STATE COURT; DENYING AS MOOT PLAINTIFF'S MOTION TO REMAND**<br><br>Re: Dkt. Nos. 2, 5, 7 |

Before the Court is Magistrate Judge Donna M. Ryu's Report and Recommendation, filed April 26, 2018, by which said Magistrate Judge recommends the Court (1) grant defendant Django Broomfield's ("Broomfield") application to proceed in forma pauperis ("IFP"), filed April 11, 2018, (2) remand the above-titled action for lack of subject matter jurisdiction, and (3) deny as moot plaintiff Justin M. Bordessa's ("Bordessa") Motion to Remand, filed April 24, 2018. As Broomfield was served by mail with the Report and Recommendation on April 26, 2018, any objections thereto were required to be filed no later than May 14, 2018. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d). No objection has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, Broomfield's IFP application is hereby GRANTED, the above-titled

action is hereby REMANDED to the Superior Court of California, in and for the County of Sonoma, and Bordessa's Motion to Remand is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 16, 2018

                                                                                        /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge